154 So. 924
## Nathaniel ROBINSON, alias, etc., v. STATE.
### 1 Div. 128.

Court of Appeals of Alabama.
April 10, 1934.

BRICKEN, Presiding Judge.

Appellant was indicted, tried, and convicted for the offense of burglary. His punishment was fixed at imprisonment in the penitentiary for not less than four years nor more than five years. The indictment charged that with intent to steal he broke into and entered the dwelling house, shop, store, or warehouse, etc., of James J. Quill, etc. From the judgment of conviction he appealed; his sentence was suspended pending appeal. There is no bill of exceptions; the appeal is rested upon the record proper only. Upon examination we find no error apparent on the record; therefore the judgment of conviction in the lower court will stand affirmed.

Affirmed.

154 So. 924
## Nathaniel ROBINSON, alias, etc., v. STATE.
### 1 Div. 131.

Court of Appeals of Alabama.
April 10, 1934.

BRICKEN, Presiding Judge.

The indictment in this case charged this appellant with the offense of burglary, in that, with intent to steal he broke into and entered the dwelling house or shop, store, or warehouse of Samuel G. Milligan, in which goods, merchandise, or clothing, things of value, were kept for use, sale, or deposit. The trial resulted in his conviction as charged in the indictment, whereupon the court sentenced him to serve an indeterminate term of imprisonment in the penitentiary of not less than four nor more than five years. He appealed from the judgment of conviction pronounced and entered and rests his appeal upon the record proper. The record is without error. Let the judgment of conviction in the lower court stand affirmed.

Affirmed.

155 So. 922
## Z. D. ROBINSON v. STATE.
### 8 Div. 937.

Court of Appeals of Alabama.
May 22, 1934.

SAMFORD, Judge.
Affirmed.

163 So. 909
## Beck ROBISON v. STATE.
### 8 Div. 254.

Court of Appeals of Alabama.
Oct. 29, 1935.

BRICKEN, Presiding Judge.
Affirmed.

155 So. 922
## Leander RODGERS v. STATE.
### 8 Div. 963.

Court of Appeals of Alabama.
June 12, 1934.

BRICKEN, Presiding Judge.
Affirmed.

159 So. 920
## Leander ROGERS v. STATE.
### 8 Div. 991.

Court of Appeals of Alabama.
Feb. 5, 1935.

SAMFORD, Judge.
Affirmed.